IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTONIO MOORE,** | : | Case No. C-1-02-430 |
| **Plaintiff,** | : | |
| v. | : | Judge Weber |
| **KROGER COMPANY, et. al.,** | : | |
| **Defendants** | : | _____ |
| | : | |

**AMENDMENT TO
MOTION OF DEFENDANT, THE KROGER COMPANY,
FOR SUMMARY JUDGMENT**

Comes now Defendant, The Kroger Company, and hereby files an amendment to its Motion for Summary Judgment previously filed herein, namely: copies of the following unreported cases which were inadvertently omitted as an attachment to the original Motion for Summary Judgment: **Hehemann v. City of Cininnati,** 45 F.3d 430, 1994 WL 714387 (6th Cir. Ohio) and **Adkins v. Chudowsky**, 2001 WL 1339008 (Ohio App. 9 Dist.).

Respectfully submitted,

S/ *Lawrence E. Barbiere*
Lawrence E. Barbiere (0027106)
Attorney for Defendant
The Kroger Company
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH 45249-3703
(513)583-4210
(513)583-4203 (fax)
lbarbiere@schroederlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert E. Manley, Esq. and Fanon A. Rucker, Esq. **Attorneys for Plaintiff**, Manley, Burke, 225 West Court Street, Cincinnati, OH 45202, Thomas Harris, Esq. **Attorney for Defendants, City of Cincinnati, McNeil, Schulte and Bley,** Assistant City Solicitor, City of Cincinnati, 214 City Hall, 801 Plum Street, Cincinnati, OH 45202.

                                                               S/ *Lawrence E. Barbiere*
                                                                Lawrence E. Barbiere, (0027106)
                                                                Attorney for Defendant,
                                                               The Kroger Company
                                                               SCHROEDER, MAUNDRELL, BARBIERE & POWERS
                                                                11935 Mason Road, Suite 110
                                                                Cincinnati, Ohio 45249
                                                                (513) 583-42l0
                                                                (513) 583-4203 facsimile
                                                                lbarbiere@schroederlaw.com