IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTONIO MOORE** | : | Case No. C-1-02-430 |
| Plaintiff, | : | Honorable Judge Weber |
| v. | : | |
| **KROGER COMPANY, et al.** | : | **ENTRY TO EXTEND TIME** |
| Defendants. | : | |
| | : | |

    For good cause shown and by the agreement of all parties, Plaintiff Antonio Moore shall have until November 24, 2003 to respond to Defendants' Motions for Summary Judgement.

                                                                                                                          Judge Weber

**AGREED:**

S/Robert E. Manley
Robert E. Manley (0000849)
Manley  Burke
225 West Court Street
Cincinnati, Ohio   45202
Telephone: (513) 721-5525
Telefax: (513) 721-4268

S/Thomas J. Harris
(per telephone authorization)
Thomas J. Harris III
Assistant City Solicitor
City of Cincinnati
Room 214, City Hall
801 Plum Street
Cincinnati, OH 45202


S/Lawrence E. Barbiere
(per telephone authorization)
Lawrence E. Barbiere, Esq.
Attorney for Defendant, Kroger Company
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry to Extend Time is being forwarded via electronic notification to all parties entitled to service under Rule 5, Ohio Rules of Civil Procedure, on the 3rd day of November, 2003.

S/Robert E. Manley
Robert E. Manley

**SERVICE LIST:**

Thomas J. Harris III
Assistant City Solicitor
City of Cincinnati
Room 214, City Hall
801 Plum Street
Cincinnati, OH 45202

Lawrence E. Barbiere, Esq.

Bob Hiller, Esq.
Attorney for Defendant, Kroger Company
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249

Donald Hardin, Esq.
Hardin, Lefton Lazarus & Marks LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322

C:\Documents and Settings\rdale\Local Settings\Temp\Entry to Extend Time.MAA0.wpd-rrv-mmv