IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTONIO MOORE** | : | Case No. C-1-02-430 |
| **Plaintiff,** | : | Honorable Judge Weber |
| v. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| **KROGER COMPANY, et al.** | : | |
| **Defendants.** | | |

Please take notice that W. Kelly Lundrigan is hereby substituted, with the knowledge and consent of Plaintiff, Antonio Moore, as trial counsel in this case, replacing Fanon A. Rucker.

                                  Respectfully submitted,

                                  S/W. Kelly Lundrigan
                                W. Kelly Lundrigan        0059211
                                Manley Burke
                                225 West Court Street
                                Cincinnati, Ohio   45202
                                (513) 721-5525

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Substitution of Counsel is being served via electronic notification to all parties entitled to service under Rule 5, Ohio Rules of Civil Procedure, on the 24th day of November, 2003.

                                    S/W.Kelly Lundrigan_____
                                    W. Kelly Lundrigan

SERVICE LIST:

Julia McNeil
City Solicitor
Thomas J. Harris III
Assistant City Solicitor
City of Cincinnati
Room 214, City Hall
801 Plum Street
Cincinnati, OH 45202

Lawrence E. Barbiere, Esq.
Bob Hillard, Esq.
Attorney for Defendant, Kroger Company
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249

Donald Hardin, Esq.
Hardin, Lefton Lazarus & Marks LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322

N:\CLIENTS\Moore, Antonio\Pleadings\Notice of Substitution of Counsel 11-24-03.RCD.wpd-rjb