IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOORE,

    Plaintiff

v                                    Civil C-1-02-430

KROGER,

    Defendant

## ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the May 2004 trial term.  Counsel shall file their Joint Pretrial Order on or before April 5, 2004.

**IT IS SO ORDERED.**

                                                    **s/Herman J. Weber**
                                                    **Herman J. Weber, Senior Judge**
                                                    **United States District Court**