IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOORE,
        Plaintiff

v                                       Civil C-1-02-430

KROGER
        Defendant.

### **ORDER**

Parties are advised that Trial in the above styled case is RESCHEDULED to the October 2004 trial term. Counsel shall file a Joint Pretrial Order by September 5, 2004.

**IT IS SO ORDERED.**

                                              **_____s/Herman J. Weber____**
                                              **Herman J. Weber, Senior Judge**
                                              **United States District Court**

*Rev.5/01*