```
Tue Aug  3 15:23:44 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 423696
Cashier             ah2

Check Number:  227776

DO Code    Div No
4661         1

Sub Acct Type Tender      Amount
1:086900   N     2        105.00
2:510000   N     2        150.00

Total Amount          $   255.00

NOTICE OF APPEAL

C-02-430 CITY OF CINCINNATI



Tue Aug  3 15:23:44 2004

Check No.  227776
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```