IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTONIO MOORE,

    Plaintiff

v                                  CIVIL ACTION: C-1-02-430

KROGER CO., et al

    Defendant

### ORDER

    Pursuant to the Notice of Appeal (#33) entered on August 3, 2004, the parties are advised that the above captioned case is hereby ORDERED administratively STAYED and TERMINATED on this Court's active docket pending disposition of the Appeal.

    The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

    IT IS SO ORDERED.

                                                         s/Herman J. Weber
                                                 HERMAN J. WEBER, SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT