UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTONIO MOORE,** | : | CASE NO. C-1-02-0430 |
| Plaintiff, | : | (J. Weber) |
| v. | : | **NOTICE OF CROSS-APPEAL** |
| **KROGER COMPANY, et al.,** | : | |
| **Defendants.** | : | |

All parties please take notice that Plaintiff Antonio Moore cross-appeals to the United States Court of Appeals for the Sixth Circuit from the Order of the United States District Court for the Southern District of Ohio Granting in Part and Denying in Part the Defendants' Motion for Summary entered in this case on July 8, 2004 (Docket No. 32) and attached to this Notice of Cross-Appeal.

Respectfully submitted,

*[signature]*

Robert E. Manley          (0000849)
W. Kelly Lundrigan        (0059211)
Manley Burke
225 West Court Street
Cincinnati, Ohio 45202
Telephone: (513) 721-5525
Telefax: (513) 721-4268
Email: wkl@manleyburke.com

OF COUNSEL:

Manley Burke
225 West Court Street
Cincinnati, Ohio 45202

MANLEY BURKE
A LEGAL PROFESSIONAL ASSOCIATION

225 WEST COURT STREET
CINCINNATI 45202-1098
(513) 721-5525
Fax No. (513) 721-4268

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Cross-Appeal has been filed with the Clerk of Courts for the United States District Court, Southern District of Ohio, Western Division, and has been mailed to all parties below entitled to service on the 9th day of August, 2004.

W. Kelly Lundrigan

SERVICE LIST:

Lawrence E. Barbiere, Esq.
Attorney for Defendant, Kroger Company
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249

Thomas Harris, Esq.
Attorney for the City of Cincinnati
Assistant City Solicitor
City of Cincinnati
214 City Hall
801 Plum Street
Cincinnati, OH 45202

Donald E. Hardin
Hardin, Lefton, Lazarus & Marks
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202

N:\CLIENTS\Moore, Antonio\Civil Rights Matter\Pleadings\Notice of Cross-Appeal.RCD.wpd

MANLEY BURKE
A LEGAL PROFESSIONAL ASSOCIATION

225 WEST COURT STREET
CINCINNATI 45202-1098
(513) 721-5525
Fax No (513) 721-4268