Mon Aug  9 13:52:31 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 423780
Cashier       kj1

Check Number:  63544

DO Code    Div No
 4661        1

| Sub Acct | Type | Tender | Amount |
|----------|------|--------|--------|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount          $    255.00

MANLEY BURKE


APPEAL FEE 1:02CV430




Mon Aug  9 13:52:31 2004

Check No.  63544
Amount$   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661