UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTONIO MOORE,** | : | CASE NO. 1:02cv00430 |
| | : | (J. Weber) |
| **Plaintiff** | : | |
| | : | |
| vs. | : | |
| | : | |
| **KROGER COMPANY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

### NOTICE OF CROSS- APPEAL

Notice is hereby given that Defendant, the Kroger Company, cross-appeals to the United States Court of Appeals for the Sixth Circuit from the Order **(Doc. 32)** of the United States District Court Granting in Part and Denying in Part the Defendants' Motion for Summary Judgment entered in this case on **July 8, 2004.**

      s/ Lawrence E. Barbiere
Lawrence E. Barbiere, (0027106)
Attorney for Defendant, The Kroger Company
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
(513) 583-42l0
(513) 583-4203 facsimile
lbarbiere@schroederlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on **August   16th , 2004**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert E. Manley, Esq. and Fanon A. Rucker, Esq. **Attorneys for Plaintiff**, Thomas Harris, Esq., **Attorney for Defendants, City of Cincinnati, McNeil, Schulte and Bley,** Assistant City Solicitor, City of Cincinnati, and to Donald E. Hardin, Esq., **Special Counsel for Cincinnati Police Officers.**

      s/Lawrence E. Barbiere
Lawrence E. Barbiere, (0027106)