```
Tue Aug 17 14:25:04 2004

   UNITED STATES DISTRICT COURT

   CINCINNATI, OH

Receipt No.   100 423874
Cashier        sjl

Check Number:  19185

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00

Total Amount       $      255.00

NOTICE OF APPEAL

1:02CV430 MOORE V KROGER




Tue Aug 17 14:25:04 2004

Check No.  19185
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```