# TRANSMISSION FORM

ECF   8-6-04                                                    AMD

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:02-cv-430 | Court of Appeals Case No: **04-3993** |
| SHORT CAPTION | Antonio Moore | Case Manager: MICHELLE DAVIS |
| Plaintiff/Petitioner | vs. Kroger Company, et al | Date Filed: FILED AUG 1 0 2004 LEONARD GREEN, Clerk |
| Defendant/Respondent | *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | Weber | Anything That Needs Special Attention |
| Court Reporter(s): | Betty Schwab | |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 8-6-04 | |
| $255.00 Appeal Filing Fee Paid?  YES | | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    ___Volume(s)

Deposition(s)    ___Volume(s)    Exhibit(s)    ___Volume(s)

Transcript(s)    ___Volume(s)    **Sealed**    ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____ James Bonini _____
United States District Court