# TRANSMISSION FORM — MICHELLE DAVIS

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** 04 AUG 31 AM 10: 5? |
| **District Court Case No:** 1:02-cv-430 | **Court of Appeals Case No:** 04-4023 |
| **SHORT CAPTION** | **Case Manager:** MICHELLE DAVIS |
| **Antonio Moore** Plaintiff/Petitioner vs. **Kroger Company, et al** Defendant/Respondent *provide pro se address IF NOT on the docket sheet | FILED Date Filed: AUG 2 3 2004 LEONARD GREEN, Clerk |
| **District Court Judge:** Weber **Court Reporter(s):** Betty Schwab | **Anything That Needs Special Attention** X-appeal to 04-3953 |
| **From Deputy Clerk:** Kendra Jordan **Date:** 8-13-04 | |
| $255.00 Appeal Filing Fee Paid? **YES** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)** ___Volume(s)

Deposition(s) ___Volume(s) Exhibit(s) ___Volume(s)

Transcript(s) ___Volume(s) **Sealed** ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: __**James Bonini**__
United States District Court