# TRANSMISSION FORM

*KSK 8-6-04*

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:02-cv-430 | **Court of Appeals Case No:** 04-4076 |
| **SHORT CAPTION** | |
| Antonio Moore | **Case Manager:** MICHELLE DAVIS |
| Plaintiff/Petitioner | **Date Filed:** |
| vs. | *This is for the 2nd appeal filed by Kroger Co.* |
| Kroger Company, et al | |
| Defendant/Respondent | |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Weber | **Anything That Needs Special Attention** FILED SEP 1 2004 LEONARD GREEN, Clerk |
| **Court Reporter(s):** Betty Schwab | |
| **From Deputy Clerk:** Kendra Jordan | |
| **Date:** 8-6-04 | |
| $255.00 Appeal Filing Fee Paid?  **YES** | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**     ___Volume(s)

Deposition(s)   ___Volume(s)   Exhibit(s)   ___Volume(s)

Transcript(s)   ___Volume(s)   **Sealed**   ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: ___James Bonini___
United States District Court