Nos. 04-3993/4023/4076

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

1:02-cv-430

**FILED**

MAR - 8 2006

LEONARD GREEN, Clerk

ANTONIO MOORE

    Plaintiff - Appellee Cross-Appellant

v.

KROGER COMPANY; MARCUS MCNEIL; MICHAEL SCHULTE; DALE BLEY

    Defendants - Appellants Cross-Appellees

<u>ORDER</u>

**FILED**

MAR -9 2006

~~MAR 1 0 2006~~

JAMES BONINI, Clerk
CINCINNATI, OHIO

: : : : : :

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeals,

**IT IS ORDERED** that the appeals be and they hereby are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                        ENTERED PURSUANT TO RULE 33(d)
                                        RULES OF THE SIXTH CIRCUIT
                                        Leonard Green, Clerk