UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTONIO MOORE, | CASE NO. 1:02cv00430 |
| **Plaintiff** | (J. Weber) |
| vs. | |
| KROGER COMPANY, MARCUS McNEIL, POLICE OFFICER INDIVIDUALLY AND OFFICIALLY, MICHAEL SCHULTE, POLICE OFFICER, INDIVIDUALLY AND OFFICIALLY, and DALE BLEY, POLICE SUPERVISOR (RETIRED), INDIVIDUALLY AND OFFICIALLY | |
| **Defendants** | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The within action having been fully compromised and settled among the parties hereto, the Complaint of Plaintiff against Defendants may be and is hereby **DISMISSED, with prejudice,** and without record.

_____
JUDGE

_____
W. Kelly Lundrigan (0059211)
**Attorney for Plaintiff**
Manley, Burke
225 West Court Street
Cincinnati, OH  45202
(513) 721-5525

_____
Lawrence E. Barbiere (0027106)
**Attorney for Defendant, The Kroger Company**
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4200

*Richard Ganulin* /REB per auth
Richard Ganulin (0025642-C)
**Attorney for Defendants, Officers McNeil,
Schulte & Bley**
Office of City Solicitor
City of Cincinnati
801 Plum Street, Room 214
Cincinnati, OH 45202
(513) 352-3334