IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTONIO MOORE

V

CITY OF CINCINNATI

CIVIL ACTION: C-1-02-430
JUDGE WEBER

*************************************************

I hereby acknowledge receipt of Depositions submitted on behalf of my client in the above styled case.

10/12/06
Date

Rich (PH) For WKL
Plaintiff's Counsel: K. Lundrigan